1  | **DAVID E. BRITTON,CLS-B** #75926
LOCKHART & BRITTON
2  | 7777 Alvarado Road, #422
La Mesa, CA 91941-3650
3  | (619)698-6800

4

5  | Attorney for Debtors/Defendants

6

7

8  | **UNITED STATES BANKRUPTCY COURT**

9  | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | In Re:                              )    Adversary No. **06-90506-H7**
                                        )
11 | **JEFFREY SCOTT TURPIN**  and       )    **ANSWER TO COMPLAINT TO**
**BARBARA JEAN TURPIN,**                )    **DETERMINE DISCHARGEABILITY**
12 |                                     )    **OF DEBT**
                  Debtors.              )
13 |                                     )
Bk No. **06-02852-H7**                   )
14 | _____      )
                                        )
15 | **2J GROUP, INC.,**                 )
                                        )
16 |                                     )
          Plaintiff,                    )
17 | v.                                  )
                                        )
18 | **JEFFREY SCOTT TURPIN** and        )
**BARBARA JEAN TURPIN,**                )
19 |                                     )
                  Defendants.           )
20 |

21 |        Defendants, JEFFREY SCOTT TURPIN and BARBARA JEAN TURPIN,

22 | in answer to Plaintiff's Complaint on file herein, admit, deny and

23 | allege as follows:

24 |        1.   Answering Paragraph 1, these answering Defendants

25 | admit the allegations therein contained.

26 |        2.   Answering Paragraph 2, these answering Defendants

27 | admit the allegations therein contained.

28 |                                  1

3.    Answering Paragraph 3, these answering Defendants admit the allegations therein contained.

4.    Answering Paragraph 4, these answering Defendants admit the allegations therein contained.

5.    Answering Paragraph 5, these answering Defendants admit the allegations therein contained.

6.    Answering Paragraph 6, these answering Defendants admit the allegations therein contained.

7.    Answering Paragraph 7, these answering Defendants admit the allegations therein contained.

8.    Answering Paragraph 8, these answering Defendants admit the allegations therein contained.

9.    Answering Paragraph 9, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

10.    Answering Paragraph 10, admit the allegations therein contained.

11.    Answering Paragraph 11, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

12.    Answering Paragraph 12, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

13.    Answering Paragraph 13, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

14.    Answering Paragraph 14, these answering Defendants

lack sufficient information and belief and on that basis deny the allegations set forth therein.

15.   Answering Paragraph 15, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

16.   Answering Paragraph 16, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

17.   Answering Paragraph 17, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

18.   Answering Paragraph 18, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

19.   Answering Paragraph 19, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

20.   Answering Paragraph 20 these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

21.   Answering Paragraph 21, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

22.   Answering Paragraph 22, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

23.   Answering Paragraph 23, these answering Defendants

3

deny, generally and specifically, each and every allegation set forth therein.

24.    Answering Paragraph 24, these answering Defendants admit the allegations therein contained.

25.    Answering Paragraph 25, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

26.    Answering Paragraph 26, these answering Defendants admit the allegations therein contained.

27.    Answering Paragraph 27, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

28.    Answering Paragraph 28, these answering Defendants admit the allegations therein contained.

29.    Answering Paragraph 29, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

30.    Answering Paragraph 30, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

31.    Answering Paragraph 31, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

32.    Answering Paragraph 32, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

33.    Answering Paragraph 33, these answering Defendants

1  deny, generally and specifically, each and every allegation set
2  forth therein.

3          34.   Answering Paragraph 34, these answering Defendants
4  reallege and incorporate by reference as set out in full their
5  answers to the allegations contained in Paragraphs 1 through 33 of
6  the complaint hereinabove.

7          35.   Answering Paragraph 35, these answering Defendants
8  deny, generally and specifically, each and every allegation set
9  forth therein.

10         36.   Answering Paragraph 36, these answering Defendants
11 deny, generally and specifically, each and every allegation set
12 forth therein.

13         37.   Answering Paragraph 37, these answering Defendants
14 deny, generally and specifically, each and every allegation set
15 forth therein.

16         38.   Answering Paragraph 38, these answering Defendants
17 lack sufficient information and belief and on that basis deny the
18 allegations set forth therein.

19         39.   Answering Paragraph 39, these answering Defendants
20 lack sufficient information and belief and on that basis deny the
21 allegations set forth therein.

22         40.   Answering Paragraph 40, these answering Defendants
23 lack sufficient information and belief and on that basis deny the
24 allegations set forth therein.

25         41.   Answering Paragraph 41, these answering Defendants
26 deny, generally and specifically, each and every allegation set
27 forth therein.

28

1         42.    Answering Paragraph 42, these answering Defendants

2   reallege and incorporate by reference as set out in full their

3   answers to the allegations contained in Paragraphs 1 through 41 of

4   the complaint hereinabove.

5         43.    Answering Paragraph 43, these answering Defendants

6   deny, generally and specifically, each and every allegation set

7   forth therein.

8         44.    Answering Paragraph 44, these answering Defendants

9   deny, generally and specifically, each and every allegation set

10  forth therein.

11        45.    Answering Paragraph 45, these answering Defendants

12  deny, generally and specifically, each and every allegation set

13  forth therein.

14        46.    Answering Paragraph 46, these answering Defendants

15  reallege and incorporate by reference as set out in full their

16  answers to the allegations contained in Paragraphs 1 through 45 of

17  the complaint hereinabove.

18        47.    Answering Paragraph 47, these answering Defendants

19  deny, generally and specifically, each and every allegation set

20  forth therein.

21        48.    Answering Paragraph 48 these answering Defendants

22  deny, generally and specifically, each and every allegation set

23  forth therein.

24        49.    Answering Paragraph 49, these answering Defendants

25  deny, generally and specifically, each and every allegation set

26  forth therein.

27        50.    Answering Paragraph 51 these answering Defendants

28

deny, generally and specifically, each and every allegation set forth therein.

51.  Answering Paragraph 51, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

52.  Answering Paragraph 52 these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

53.  Answering Paragraph 53, these answering Defendants reallege and incorporate by reference as set out in full their answers to the allegations contained in Paragraphs 1 through 51 of the complaint hereinabove.

54.  Answering Paragraph 54, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

55.  Answering Paragraph 55, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

56.  Answering Paragraph 56, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

**AFFIRMATIVE DEFENSES**

The Complaint fails to state a claim for relief, and the Complaint should be dismissed.

**WHEREFORE,** the Defendants pray for judgment as follows:

1.  That Plaintiff takes nothing by virtue of the complaint herein;

7

1          2.   For judgment in favor of Defendants and adverse to

2  Plaintiff;

3          3.   For reasonable attorney's fees;

4          4.   For costs of suit herein; and

5          5.   For such other and further relief as is just and

6  proper.

7  DATED:___1/23/07_____          /S/ **DAVID E. BRITTON**

8                                           Attorney for Debtors/Defendants

8

**DAVID E. BRITTON, CLS-B,** #75926
LOCKHART & BRITTON
7777 ALVARADO RD, SUITE 422
LA MESA, CA 91941
(619) 698-6800

Attorney for Debtors/Defendants

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case NO. **06-90506-H7** |
| **JEFFREY SCOTT TURPIN** | **CERTIFICATION OF SERVICE BY MAIL** |
| **BARBARA JEAN TURPIN** | |
| Debtors | |

    I, the undersigned whose business address appears above, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age.

That on the ___23rd___ day of__JANUARY_____, 2007, I served a true copy of the annexed papers to wit:

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

By first class U.S. Mail, postage prepaid, on,


**2J GROUP, INC.**
**c/o PAUL DUVALL**
**KING & BALLOW**
**9404 GENESEE AVE. #340**
**LA JOLLA, CA 92037**


I declare under penalty of perjury that the foregoing is true and correct, executed at La Mesa, California on ___1/23/07 .

                                         /S/  **Madelyn R. Vallone**